# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                   CASE NO. 6:10-cr-131-JA-G_K-1

FRANKLIN JOHNSON

_____

## ORDER

Before the Court is Defendant Franklin Johnson's *pro se* motion (Doc. 107) for early termination of supervised release. The Government responds that it and the United States Probation Office do not oppose Johnson's motion. (Doc. 109 at 1). Based on the Court's review of the parties' submissions, the factors under 18 U.S.C. § 3553 weigh in favor of early termination. While on supervision, Johnson "has been very successful" and has not had any violations or arrests, has successfully completed substance abuse treatment and community service, and has maintained a stable residence and employment. (Doc. 109 at 1–2).

Accordingly, it is **ORDERED** that Johnson's motion for early termination of supervised release (Doc. 107) is **GRANTED**. Johnson's supervised release is **terminated**.

**DONE** and **ORDERED** on February 16th, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
Franklin Johnson

2